Dewey WADDLE, Appellant, v. Guy A. THOMPSON, Trustee of Missouri Pacific Railroad Company, a Corporation.

No. 13070.

Circuit Court of Appeals, Eighth Circuit.

July 25, 1945.

Harvey B. Cox, of St. Louis, Mo., and William F. Smith, of Oklahoma City, Okl., for appellant.

Thomas J. Cole, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed with prejudice at costs of appellee, on stipulation of parties.

∎

UNITED STATES of America, Appellant, v. McCARTHY BROS. CONSTRUCTION COMPANY, a Corporation.

No. 13101.

Circuit Court of Appeals, Eighth Circuit.

July 26, 1945.

Sam M. Wear, U. S. Atty., of Springfield, Mo., and Thomas A. Costolow, Asst.

U. S. Atty., of Kansas City, Mo., for appellant.

Milligan, Kimberly & Deacy, of Kansas City, Mo., for appellee.

PER CURIAM.

Judgment of District Court reversed without costs to either party in this Court and cause remanded to said District Court with instructions to enter judgment in favor of plaintiff McCarthy Bros. Construction Company and against defendant United States of America in the sum of $1950, etc., on stipulation of parties.

∎

C. K. YOON, Appellant, v. TERRITORY OF HAWAII, Appellee.

No. 10758.

Circuit Court of Appeals, Ninth Circuit.

Aug. 3, 1945.

O. P. Soares, of Honolulu, T. H., for appellant.

W. Z. Fairbanks, Public Pros., and John E. Parks, Asst. Public Pros., both of Honolulu, T. H., for appellee.

Before DENMAN, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Ordered appeal herein argued by Mr. O. P. Soares, counsel for appellant, and by Mr. John E. Parks, Asst. Pub. Prosecutor, counsel for appellee, and submitted to the court for consideration and decision, with leave to counsel for appellant to file certified copy of bill of particulars, counsel stipulation that the bill of particulars does not contain a description of the check in issue. It is further ordered that the judgment of the Supreme Court of Hawaii in this cause be affirmed, that a judgment be filed and entered accordingly and that the mandate issue as provided by Rule 28.